UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANTHONY LEWIS,

    Plaintiff,

-vs-                                            Case No.  5:11-cv-686-Oc-23TBS

JORGE PASTRANA, et. al.,

    Defendants.

_____

## O R D E R

Plaintiff initiated this case by filing a Civil Rights Complaint, entitled "Petitioner's Request for Writ of Mandamus and Emergency Injunctive Relief Compelling the Respondents to Afford Him Needed and Necessary Medical Care and Treatment."  The Court construes the Complaint to include an emergency motion for injunctive relief. (Docs. 1, 2).  Plaintiff requests that the Court compel Defendants to provide medical care and treatment for "an ongoing ailment that has plagued him for several years."  Id.

However, the Court finds that Plaintiff's Motion does not conform to Local Rules 4.05 and/or 4.06, and Rule 65 of the Federal Rules of Civil Procedure, which set forth the requirements for seeking a Preliminary Injunction and/or Temporary Restraining Order.  Accordingly, the Motion (Doc. 2) is **TERMINATED**.

**IT IS SO ORDERED.**

**DONE and ORDERED** at Ocala, Florida this 21st day of December, 2011.

                                              THOMAS B. SMITH
                                              United States Magistrate Judge

Copies to:   Anthony Lewis